UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
      :
LASHAWN DAWSON, *on behalf of himself and all*   :
*others similarly situated*,       :
      :
                      Plaintiff,   :                23-CV-8457 (JMF)
      :
                    -v-   :                <u>ORDER</u>
      :
NETBRANDS MEDIA CORP, d/b/a/   :
24HOURWRISTBANDS.COM,   :
      :
                      Defendant.   :
      :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: September 28, 2023
      New York, New York
                                                  _____
                                                      JESSE M. FURMAN
                                                     United States District Judge